1  Todd M. Friedman (SBN 216752)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2  21031 Ventura Blvd., Suite 340
3  Woodland Hills, CA 91364
   Phone: 877-206-4741
4  Fax: 866-633-0228
5  tfriedman@toddflaw.com
   *Attorneys for Plaintiff*
6

7              **UNITED STATES DISTRICT COURT**
8              **NORTHERN DISTRICT OF CALIFORNIA**

9  **ELIZABETH INIGUEZ,** individually )  Case No.  3:22-cv-00415-LB
10 and on behalf of all others similarly )
   situated,                             )  **NOTICE OF DISMISSAL OF**
11                                       )  **ACTION WITHOUT PREJUDICE**
12 Plaintiff,                            )
13                                       )
       vs.                               )
14                                       )
15 **F3EA FUNDING LLC dba SKY**          )
   **FINANCIAL;** DOES 1-10, AND         )
16 EACH OF THEM,                         )
17                                       )
   Defendants.
18

19      NOW COMES THE PLAINTIFF by and through her attorneys to
20 respectfully move this Honorable Court to dismiss this matter without prejudice
21 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  No Defendant has
22 filed either an answer or a motion for summary judgment at this time, and no
23 Court order is necessary pursuant to the Fed. R. Civ. P.
24      Respectfully submitted this 23rd Day of February, 2022,
25
26                          By: s/Todd M. Friedman, Esq.
                                TODD M. FRIEDMAN
27                              Attorney for Plaintiff
28

Filed electronically on this 23rd Day of February, 2022, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Laura Beeler
United States District Court
Northern District of California

And all Counsel of Record on ECF.

This 23rd Day of February, 2022.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN